# ELECTRONIC RECORD

1014-15

COA # 05-14-00651-CR          OFFENSE: 2

STYLE: Steven Michael Goode v. The State of Texas          COUNTY: Kaufman

COA DISPOSITION:     AFFIRMED          TRIAL COURT: County Court At Law No. 1

DATE: 07/01/15          Publish: NO    TC CASE #:     30921CC

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Steven Michael Goode v. The State of Texas          CCA #: 1014-15

APPELLANT'S Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 11/04/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**